TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00227-CV

Hilltop Bar & Grill, Inc. and Canyon Contracting Company, Inc., Appellants

v.

Todd Puckhaber, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 253,648, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

PER CURIAM

 Appellants have filed a motion to dismiss their appeal on grounds that it is
interlocutory and not appealable. We grant their motion and dismiss this appeal

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: July 31, 2001

Do Not Publish